FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0014

# IN THE SUPREME COURT OF THE
# STATE OF MONTANA

## Case No. DA 20-0014

MARK PLAKORUS,

      Plaintiff and Appellant,

THE UNIVERSITY OF MONTANA, a unit of the Montana University System,

      Defendant and Appellee.

---

## *ORDER GRANTING UNOPPOSED 30-DAY EXTENSION OF TIME TO FILE OPENING BRIEF*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-19-434
Before Hon. John W. Larson

Quentin M. Rhoades
Kristin Bannigan
Rhoades, Siefert &
  Erickson, PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: (406) 721-9700
qmr@montanalawyer.com
kristin@montanalawyer.com

*For Appellant*

Quinlan L. O'Connor
Risk Management &
  Tort Defense Division
P.O. Box 200124
Helena, MT 59620-0124
Telephone: (406) 444-1816
quinlan.oconnor@mt.gov

*For Appellee*

Upon motion of Appellant Mark Plakorus, and for good cause shown,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED.

Appellant shall have up to April 20, 2020, in which to file his Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 18 2020